UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DENNIS MCGEE, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) )   No. 1:17-cv-01928-RLY-MJD |
| CAMPING WORLD, INC., | ) ) ) |
| Defendant. | ) |

**ORDER ON MOTION TO COMPEL ARBITRATION
AND STAY JUDICIAL PROCEEDINGS**

This matter is before the Court on Defendant's *Motion to Compel Arbitration and Stay Judicial Proceedings*. [Dkt. 11.] Defendant asserts that upon employment with Defendant, Plaintiff executed an enforceable Arbitration Agreement that requires him to arbitrate the discrimination claims in this action. [Dkt. 12 at 3.] On September 3, 2017, Plaintiff filed a Statement of Non-Objection to Defendant's Motion to Compel Arbitration [Dkt. 16], acknowledging that he signed the Arbitration Agreement and is required to arbitrate his claims against Defendant.

Consequently, the Court **GRANTS** Defendant's Motion. This matter is **stayed** and the Clerk is directed to **administratively close** this case pending the resolution of the arbitration proceeding. Either party may move to reopen this matter as needed at any time following the issuance of any arbitration award or other action that terminates the arbitration proceedings.

SO ORDERED.

Dated: 8 SEP 2017

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Jay Meisenhelder
JAY MEISENHELDER EMPLOYMENT & CIVIL RIGHTS LEGAL SERVICES PC
jaym@ecrls.com

Alan L. McLaughlin
LITTLER MENDELSON, P.C. (Indianapolis)
amclaughlin@littler.com

Whitney A. Caldwell
LITTLER MENDELSON, P.C. (Indianapolis)
wcaldwell@littler.com